

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

---

No. 06-14-00137-CR

---

RAY LOUIS JOHNSON, JR., Appellant

V.

THE STATE OF TEXAS, Appellee

---

On Appeal from the 62nd District Court
Hopkins County, Texas
Trial Court No. 0317180

---

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Moseley

## MEMORANDUM OPINION

Ray Louis Johnson, Jr., pro se appellant, has filed a motion to dismiss his appeal. The motion complies with the requirements of Rule 42.2(a) of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 42.2(a). As authorized by Rule 42.2(a), we grant the motion.

Accordingly, we dismiss this appeal.

Bailey C. Moseley
Justice

Date Submitted:     September 15, 2014
Date Decided:       September 16, 2014

Do Not Publish